# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| GLEN P WATKINS | * | CIVIL ACTION NO. 3:18-0575 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| VISION ACADEMY, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's motion requesting final default judgment [Doc. No. 12] is **DENIED.**

Monroe, Louisiana, this 11th day of July, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**