# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **GLEN P WATKINS** | * | **CIVIL ACTION NO. 18-0575** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **VISION ACADEMY, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion to dismiss [Doc. No. 14] is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Monroe, Louisiana, this 21st day of August, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**